IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ONLINE STORES, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:09-cv-00837 |
| | ) |
| v. | ) Judge McVerry |
| | ) Magistrate Judge Hay |
| ALLIED PRODUCTS CORPORATION, | ) |
| | ) [Filed Electronically] |
| Defendant. | ) |

### ORDER

AND NOW, this /9TH day of August, 2009, upon consideration of Defendant Allied Products Corporation's and Plaintiff Online Stores, Inc.'s Joint Motion for Extension of Time, it is hereby ORDERED that said Motion is GRANTED.

IT IS THEREFORE ORDERED that Allied Products Corporation shall answer or otherwise respond to the Complaint by September 18, 2009.

IT IS SO ORDERED.

_____
Honorable Amy Reynolds Hay
United States Magistrate Judge

Dated: AUGUST 19 2009